**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 92-08048-Cr-UNGARO

UNITED STATES OF AMERICA,

v.

REGINALD REINHARDT,
      Defendant.
_____/

## ORDER VACATING ORDER APPOINTING FEDERAL PUBLIC DEFENDER

THIS CAUSE is before the Court *sua sponte*.

THIS COURT has considered the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED the Court's order appointing the Federal Public Defender's Office to represent Reginald Reinhardt in the above matter dated April 10, 2008 is VACATED.  (D.E. 68.)  The Court's issuance of the prior order was a clerical error.  The Federal Public Defender's Office shall reply to the Court's April 2, 2008 notice regarding this matter by April 23, 2008, and inform the Court whether it will assign counsel for Defendant or take other action with respect to Defendant's Motion For Reduction of Sentence it deems appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of April, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Reginald Reinhardt, *pro se*